# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | | |
|---|---|---|
| **DENALI THOMAS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:22-cv-165 |
| | ) | |
| v. | ) | Judge Jane Magnus |
| | ) | |
| | ) | Magistrate Judge Mark Dinsmore |
| **P.O. MICHAEL ROSE and** | ) | |
| **DETECTIVE P. A. ZIMMER and** | ) | Jury Demand |
| **CITY OF EVANSVILLE** | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO RECONSIDER OR VACATE THE ORDER TO SHOW CAUSE HEARING DATED JUNE 13, 2023

NOW COMES the Plaintiff, Denali Thomas, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and in support of said motion states as follows:

1) The matter was set for a status hearing on June 13, 2023, at 1:00pm.

2) Plaintiff's attorney Gregory E. Kulis kept trying to access the hearing but could not because he kept entering the incorrect number.

3) Attorney Kulis got into the meeting and was sitting on the telephone for a period of time.

4) Finally, at 1:24pm and 1:25pm, Plaintiff's attorney email opposing counsel (See Exhibits 1 and 2).

5) Patti Silke responded to these emails (See Exhibit 3).

6) Attorney Gregory E. Kulis immediately contacted Bernard Lobermann to discuss the status of the matter.

7) In addition to discussing the matter, Attorney Kulis apologized several times for his screw up and untimeliness.

1

8) Attorney Lobermann stated that he appreciated the apology and accepted the same.

9) The two then went on to discuss the case and further discovery.

10) Attorney Kulis extends his apology to the court.

11) Attorney Kulis again extends his apology to opposing counsel.

12) Attorney Kulis requests that this court reconsider its order June 13, 2023, in that this tardiness and inability to phone in properly was not intentional or reckless.

13) The attorneys in this matter spoke within some minutes of the status hearing.

14) In that Plaintiff is now ordered to drive from Chicago to Evansville is an extreme sanction for Attorney Kulis' inability to appear in a timely manner by a few minutes.

15) Attorney Kulis asks that this honorable court reschedule this hearing for a telephonic hearing.

16) Attorney Kulis again apologizes to this court and opposing counsel for his tardiness at the June 13, 2023, status hearing.

WHEREFORE the Plaintiff, through his attorney Gregory E. Kulis & Associates, prays that this honorable court grant this motion and reschedule the status hearing for a telephonic status.

**Respectfully submitted,**

*/s/ Gregory E. Kulis*
Gregory E. Kulis
*One of Plaintiffs' attorneys*

Gregory E. Kulis, Attorney No. 6180966
GREGORY E. KULIS AND ASSOCIATES
134 N. LaSalle St., Suite 444
Chicago, Illinois 60602
P: (312) 580-1830 / F: (312) 580-1839
service@kulislawltd.com

## CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that the above **Plaintiff's Motion to Reconsider or Vacate the Order to Show Case Hearing Date June 13, 2023**, was filed on June 14, 2023 with the Southern District of Indiana ECF System, serving a copy on all parties.

*/s/ Allison Blanchard*
Allison Blanchard
