UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
INDIANA EVANSVILLE DIVISION

| | |
|---|---|
| D.T.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. O. MICHAEL ROSE,<br>DETECTIVE P. A. ZIMMER and<br>CITY OF EVANSVILLE,<br>　　　　　Defendants. | Case No: 3:22-cv-00165-MPB-MJD<br><br>Magistrate Judge Crystal S. Wildeman |

**JOINT STATUS REPORT ON STATUS OF DISCOVERY**

Come now the Parties, Plaintiff, Denali Thomas ("Plaintiff"), and Defendants P.O. Michael Rose, Detective P.A. Zimmer and City of Evansville ("Defendants" or collectively "the City"), by counsel, and pursuant to this Court's Order dated August 25, 2023, [Dkt. 78], respectfully submit their Supplemental Joint Report on the Status of Discovery in advance of the September 20, 2023, status conference to discuss the case status and settlement letters.

1.　　Completed Discovery: Plaintiff took the depositions of Defendant Michael Rose and Defendant Tony Zimmer, on August 4, 202,3 and August 14, 2023, respectively. On July 28, 2023, the City served upon Plaintiff the Defendants' answers to Plaintiff's June 14, 2023, Interrogatories and Requests for Production and produced additional documents.

2.　　Pending Discovery: The City has no pending written discovery or depositions.

Undersigned counsel, Bernard Lobermann, is responsible for coordinating and completing the City's response to outstanding discovery.

Undersigned counsel, Gregory E. Kulis, is responsible for coordinating and completing the Plaintiff's responses to discovery.

3.　　Discovery Disputes: The Parties have not to date encountered any discovery disputes. Should a dispute emerge, undersigned counsel, Bernard Lobermann, will be responsible for resolution of such disputes on behalf of the City. Gregory E. Kulis will be responsible for resolution

of any disputes on behalf of the Plaintiff.

    4.    <u>28-Day Discovery Plans</u>: The City has completed all discovery it feels necessary to complete prior to a rescheduled settlement conference.

Plaintiff may seek to take the deposition of Sgt. Hollins before the new settlement conference date and September 20, 2023, status hearing and hearing on settlement. Plaintiff has also served upon Defendants a revised settlement demand and sent a courtesy copy per this Court's instructions.

    5.    <u>All known remaining discovery:</u> Should the case not settle at the settlement conference, counsel for the City may seek discovery as follow-up to topics in Plaintiff's deposition testimony. A fuller assessment of the need for discovery in the absence of settlement will be provided in the next status report following the settlement conference, should it be necessary.

Bernard Lobermann will be responsible for completing all discovery in this case on behalf of Defendants. Gregory E. Kulis will be responsible for completing all discovery in this case on behalf of the Plaintiff.

    6.    <u>Miscellaneous Issues:</u> The Parties know of no other issues at this time to be brought to the attention of the Court.

**Respectfully submitted,**

<u>Atty. Gregory E. Kulis</u>
GREGORY E. KULIS & ASSOCIATES, LTD 134
N. LaSalle, #444
Chicago, IL 60602
312-580-1830
e.service@kulislawltd.com
Attorney for Plaintiff

        */s/ Bernard J. Lobermann, IV*
        Matthew S. Koressel, #35276-49 Bernard
        J. Lobermann, IV, #36886-49
        ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

        P.O. Box 916
        Evansville, IN  47706-0916
        Phone: (812) 424-7575
        Fax: (812) 421-5089
        E-mail: mkoressel@zsws.com
        blobermann@zsws.com
        Attorney for Defendants

## **CERTIFICATE OF SERVICE**

      I certify that on September 18, 2023, a copy of the foregoing pleading was filed electronically and notice of this filing was sent to counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        */s/ Gregory E. Kulis*
        Gregory E. Kulis