UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| D.T. a minor by his mother Nicole Goodwin, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:22-cv-00165-MPB-CSW |
| ) | |
| P.O. MICHAEL ROSE, ) | |
| DETECTIVE P.A. ZIMMER, ) | |
| CITY OF EVANSVILLE, ) | |
| ) | |
| Defendants. ) | |

**MAGISTRATE JUDGE'S MINUTE ENTRY ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States District Judge, by telephone, at 11:00 a.m., Central time (CST), on September 20, 2023, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

The October 6, 2023 Settlement Conference set for 9:00 a.m. (CST) is hereby **VACATED** and will be reset by separate order.

**Dated:** September 26, 2023

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**

1