UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| D.T., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 3:22-cv-00165-MPB-CSW |
| | ) | |
| P. O. MICHAEL ROSE, | ) | |
| DETECTIVE P. A. ZIMMER and | ) | |
| CITY OF EVANSVILLE, | ) | |
| Defendants. | ) | |

**DISMISSAL ENTRY**

Come now the parties, by counsel, and request that this cause of action be dismissed, with prejudice.

IT IS THEREFORE, CONSIDERED, ORDERED AND DECREED by the Court that this cause be, and the same hereby is, dismissed with prejudice.

DATE:   September 6, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

*Distribution to counsel of record*